UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTIN SIMPSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11-cv-02776 |
| ) | |
| ) | |
| WINDHAM PROFESSIONALS, INC. ) | |
| ) | |
| Defendant, ) | |

## STIPULATION OF MUTUAL DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. of Civ. P. 41(a), Plaintiff KRISTIN SIMPSON and Defendant WINDHAM PROFESSIONALS, INC. hereby stipulate to the dismissal, with prejudice, of all claims asserted herein.

Each party shall bear its own costs and attorney fees in connection with this action.

Respectfully submitted, this 23rd day of January, 2012.

ALEX SIMANOVSKY & ASSOCIATES, LLC

/s/ Dave Lilley
Dave Lilley, Esq.
TX Bar No. 24035064
Attorney for Plaintiff
Alex Simanovsky & Associates, LLC
1912 Loop 11
Wichita Falls, TX 76306
Phone: 1-866-865-3666, Ext. 1056
Fax: 877-570-5413

Corporate Office Address:
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891

[ELECTRONIC SIGNATURES CONTINUED ON FOLLOWING PAGE]

BUSH & RAMIREZ

*/s/ Keith Wier*

Keith Wier
Bush & Ramirez, LLC
5615 Kirby Drive, Suite 900
Houston, TX 77005
(713) 626-1555
kwier@bushramirez.com

*Attorney for Defendant*