IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kristin Simpson | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 11-2776 |
| | § | |
| | § | |
| Windham Professionals, Inc. | § | |
|     Defendant. | § | |

## ORDER

In accordance with the Stipulation of Dismissal filed on January 23, 2012, it is hereby ORDERED that this action be dismissed with prejudice.

SIGNED at Houston, Texas, on this 24th day of January, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE